IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )
                               )
        v.                     )        No. 3:05-CR-64
                               )        (VARLAN/GUYTON)
JIMMY SCOTT SIMPSON,           )
                               )
                Defendant.     )
                               )

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the Magistrate Judge pursuant to 28

U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District

Court as may be appropriate.  On July 5, 2005, this matter came before the undersigned for hearing

on the defense counsel's Motion to Withdraw as Counsel of Record [Doc. 14], filed on June 27,

2005.  Assistant United States Attorney Michael E. Winck was present representing the government.

The defendant was present with his appointed counsel, Attorney Kelly S. Johnson.  Attorney Tommy

K. Hindman was present as defendant's newly retained counsel.

At the hearing, Mr. Hindman stated that the defendant had retained him as his attorney.  The

defendant confirmed that he wanted Mr. Hindman to be his attorney and that he had no objection

to Mr. Johnson's withdrawal.  The government made no objection to the substitution of Mr.

Hindman for Mr. Johnson.  Based upon the defendant's request for same, the Court **GRANTS**

defense counsel's Motion to Withdraw as Counsel of Record [**Doc. 14**].  Attorney Johnson is

1

allowed to withdraw from the case, and Attorney Hindman is hereby **SUBSTITUTED** as the

defendant's counsel of record.

       **IT IS SO ORDERED.**

                    ENTER:

                    _____s/ H. Bruce Guyton_____
                    United States Magistrate Judge